RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Oscar Ramos,

        Plaintiff,

Vs.

Tenbrink Winery LLC, et al.,

        Defendants.

Case Number 24-1553 DAD-SCR

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Oscar Ramos, and defendants, Tenbrink Winery LLC, Linda Tenbrink, and Stephen Tenbrink (together, "Defendants") (collectively referred to herein as "the Parties") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Rachelle Taylor Golden of Golden Law), hereby stipulate as follows:

1. The Parties entered into a written Settlement Agreement and General Release in this matter and have agreed to the dismissal of the above-captioned action with prejudice, all parties to bear their own respective attorney fees and costs.
2. This written settlement contemplates dismissal of this action as against all defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos                                                                 9/30/2024

Golden Law – By: Rachelle Taylor Golden /s/ Rachelle Taylor Golden

1

Attorney for defendants Tenbrink Winery LLC, Linda Tenbrink, and Stephen Tenbrink     9/30/2024

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on September 30, 2024, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Rachelle Taylor Golden, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

## [PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Tenbrink Winery LLC, et al., Case No. 24-1553 DAD-SCR, is dismissed with prejudice with respect to defendants Tenbrink Winery LLC, Linda Tenbrink, and Stephen Tenbrink, and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Date: _____                    _____

                                                                                       Judicial Officer